**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**


FAYE M. MORANKO, ADMIN. OF THE     :    No. 529 MAL 2015
ESTATE OF RICHARD L. MORANKO,      :
DECEASED,      :
     :    Petition for Allowance of Appeal from
           Petitioner      :    the Order of the Superior Court
     :
     :
        v.      :
     :
     :
DOWNS RACING LP, D/B/A MOHEGAN      :
SUN AT POCONO DOWNS,      :
     :
           Respondent      :


## ORDER


**PER CURIAM**

      **AND NOW**, this 25th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.


      Justices Eakin and Donohue did not participate in the decision of this matter. Justice Wecht notes dissent.